U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 28 2017

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES EDWARDS, JR., Petitioner | CIVIL ACTION NO. 1:17-CV-248-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| KEITH DEVILLE, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), and after an independent review of the record, including the objection filed by Petitioner (Doc. 11), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus is hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 28th day of June, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE